AO 245B (CASDRev. 08/14) Judgment in a Petty Criminal Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| **Maria Luisa Garcia-Garrido AKA Maria Garcia** | Case Number:   22cr2054-KSC |
| | FEDERAL DEFENDERS |
| | Defendant's Attorney |

REGISTRATION NO.   15437510

☐ –

The Defendant:

☒ pleaded guilty to count(s)   1 of the Superseding Information (Misdemeanor)

☐ was found guilty on count(s) _____

after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 42:1307(a) | Social Security Fraud (Misdemeanor) | 1 |

The defendant is sentenced as provided in pages 2 through   3   of this judgment.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s)  Underlying Information   are   dismissed on the motion of the United States.

☒ Assessment : $25 WAIVED

☒ No fine    ☐ Forfeiture pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

September 27, 2022
Date of Imposition of Sentence

HON. Karen S. Crawford
UNITED STATES MAGISTRATE JUDGE

22cr2054-KSC

| | | |
|---|---|---|
| DEFENDANT: | **Maria Luisa Garcia-Garrido AKA Maria Garcia** | Judgment - Page **2** of 3 |
| CASE NUMBER: | 22cr2054-KSC | |

# **IMPRISONMENT**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:

## Time-served (50 days as of 9/27/2022)

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).
☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ P.M.   on _____

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ on or before

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## **RETURN**

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

22cr2071-KSC

AO 245S     Judgment in Criminal Case
             Sheet 5 — Criminal Monetary Penalties

Judgment — Page 3 of 3

DEFENDANT: MARIA LUISA GARCIA-GARRIDO AKA MARIA GARCIA
CASE NUMBER: 22cr2054-KSC

## RESTITUTION

The defendant shall pay restitution in the amount of $181,537.00 unto the United States of America.

☐ This sum shall be paid immediately.
☒ as follows:

Pay restitution in the amount of $181,537.00 to the Social Security Administration:

Social Security Administration
Debt Management Section
Attn: Court Refund
P.O. Box 2861
Philadelphia, PA 19122

The Court has determined that the defendant does not have the ability to pay interest. It is ordered that:

☒ The interest requirement is waived.

☐ The interest is modified as follows:

22cr2054-KSC